Argued July 19, affirmed August 17, 1977

In the Matter of the Marriage of
SCHMIDT, *Respondent,*
*and*
SCHMIDT, *Appellant.*
(No. 74-1675, CA 7222)
567 P2d 621

John W. Billington, Eugene, argued the cause for appellant. With him on the brief was Billington, Scott & Houghton, Eugene.

Joyce Holmes Benjamin, Eugene, argued the cause for respondent. With her on the brief was Johnson, Harrang & Mercer, Eugene.

Before Schwab, C. J., and Lee and Tanzer, Judges.

PER CURIAM.

## PER CURIAM.

In this dissolution-of-marriage proceeding the decree entered in June of 1975 ordered the father to pay $100 per month support for each of five children, and $100 per month for three years as spousal support. About a year later the father, contending a change of circumstances, moved to modify by deleting the spousal support and reducing the amount of child support by half. The trial court denied the motion, saying in effect that while there had undoubtedly been some change of circumstances they were of the father's own making. We find that the conditions which the father alleges constitute a change of circumstances were contemplated at the time of the entry of the original decree, and that there is no equitable basis for modification.

Affirmed. No costs to either party.